Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

CIV-24 379PRW

| | |
|---|---|
| Lutrice A. Gilmore | ) Case No. |
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |
| -v- | ) Jury Trial: (check one) ☐ Yes ☐ No |
| | ) |
| See Attached | ) **FILED** |
| Defendant(s) | ) APR 12 2024 |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) CARMELITA REEDER SHINN, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY_____,DEPUTY |

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

    A.      **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name        Lutrice A. Gilmore
        Street Address    12 Queensway Drive
        City and County    Belleville    St. Clair County
        State and Zip Code    IL  62226
        Telephone Number    618- 567-9951
        E-mail Address    Lutrice G @ Gmail.com

    B.      **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Jose Ramirez - USDA-RD

Job or Title *(if known)* — Payoff Supervisor

Street Address — 211 North Broadway

City and County — Saint Louis

State and Zip Code — Missouri          63102

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — Sandra DeAragon    USDA-RD

Job or Title *(if known)* — ~~Packaging~~

Street Address — 211 North Broadway

City and County — Saint Louis

State and Zip Code — Missouri       63102

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — Brandi Barnett    USDA-RD

Job or Title *(if known)*

Street Address — 211 North Broadway

City and County — Saint Louis

State and Zip Code — Missouri          63102

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Richard Cohen    USDA-RD

Job or Title *(if known)*

Street Address — 211 North Broadway

City and County — Saint Louis

State and Zip Code — Missouri          63102

Telephone Number

E-mail Address *(if known)*

Lutrice Gilmore
13 Queensway Drive
Belleville, IL 62226
lutriaeg@gmail.com
618-567-9957

**Defendant No. 1**

Name — Ryan Loewe    USDA-RD

Job or Title *(if known)*

Street Address — 211 N. Broadway

City and County — St. Louis

State and Zip Code — Missouri    63102

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Marquis Waters    Chickasaw

Job or Title *(if known)* — Team Lead - Chickasaw

Street Address — 211 N. Broadway

City and County — St. Louis

State and Zip Code — Missouri    63102

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Constance Ivy    Chickasaw

Job or Title *(if known)* — Contract Project Manager — Chickasaw

Street Address — 211 N. Broadway

City and County — St. Louis

State and Zip Code — Missouri    63102

Telephone Number — 314-457-5632

E-mail Address *(if known)* — Constance.Ivy@USDA.gov
Constance.Ivy@chickasaw.com

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address — 211 N. Broadway

City and County — St. Louis

State and Zip Code — Missouri    63102

Telephone Number

E-mail Address *(if known)*

Lutrice Gilmore
13 Queensway Drive
Belleville, IL 62226
lutriceg@gmail.com
618-567-9957

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Paige ~~Anne~~ Archambo – Chickasaw
Program Manager Federal Services
2600 John Saxon Blvd.
Norman                    Cleveland County
Oklahoma        73071
918-550-0823

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *April 12, 2024*

Signature of Plaintiff     *Lutrice Gilmore*

Printed Name of Plaintiff     *Lutrice Gilmore*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____